IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

BRYCE FRANKLIN,

    Petitioner,

v.                                              Civ. No. 1:20-cv-576 MIS/JFR

GEORGE STEPHENSON, Warden, and
HECTOR BALDERAS, Attorney General
for the State of New Mexico,

    Respondents.

## JUDGMENT AND WRIT OF HABEAS CORPUS

In accordance with Federal Rule of Civil Procedure 58, and consistent with the Court's Order Adopting Magistrate Judge's Proposed Findings and Recommended Disposition ("Order Adopting") filed concurrently herewith, the Court hereby enters this Final Judgment.

**IT IS THEREFORE ORDERED, ADJUDGED and DECREED** that the Petition is **GRANTED** to the extent set forth in the Order Adopting, ECF No. 58. Respondents shall restore to Petitioner the sixty (60) days of good time credits, and sixty (60) days loss of canteen/telephone and all electronics.

**IT IS FURTHER ORDERED** that Respondent shall update Petitioner's projected release date, if applicable, to reflect the restoration of credits.

The Clerk of the Court is **DIRECTED** to close this case.

**IT IS SO ORDERED.**

                                                                   *Margaret Strickland*
                                                                   **MARGARET STRICKLAND**
                                                                   UNITED STATES DISTRICT JUDGE